**Opinion issued January 5, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-22-00872-CR

———————————

## IN RE AYINDE KHALIQU WILLIAMS, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Ayinde Khaliqu Williams, incarcerated and acting pro se, has filed a petition for writ of mandamus requesting that our Court (1) compel a ruling on Williams's request to disqualify the habeas court judge and (2) void all orders issued in the underlying case after Williams's disqualification request.[1] We deny the petition.

---

[1] The underlying case is *The State of Texas v. Ayinde Khalio Williams*, cause number 17-04-16005, in the 506th District Court of Waller County, Texas, the Honorable Gary W. Chaney presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).